# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: ROWLAND, GLENN L § Case No. 14-81863 | |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
 Rockford, IL 61101

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/13/2016 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  12/22/2015          By:  /s/JOSEPH D. OLSEN
                                                                                                      Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: ROWLAND, GLENN L | § | Case No. 14-81863 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,501.00 |
| *and approved disbursements of* | $ 3,470.79 |
| *leaving a balance on hand of* [1] | $ 4,030.21 |
| **Balance on hand:** | $ 4,030.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,030.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,500.10 | 0.00 | 1,500.10 |
| Trustee, Expenses - JOSEPH D. OLSEN | 279.95 | 0.00 | 279.95 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 500.00 | 0.00 | 500.00 |
| Other Expenses: Joe and Caterina Bruscia | 500.00 | 0.00 | 500.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,780.05 |
| Remaining balance: | $ 1,250.16 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,250.16 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,250.16 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 85,766.46 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Citibank USA, N.A.) | 5,479.78 | 0.00 | 79.88 |
| 2 | Discover Bank | 1,241.40 | 0.00 | 18.10 |
| 3 | First National Bank of Omaha | 1,293.86 | 0.00 | 18.87 |
| 4 | LVNV Funding, LLC its successors and assigns as | 14,465.62 | 0.00 | 210.85 |
| 5 | LVNV Funding, LLC its successors and assigns as | 15,156.79 | 0.00 | 220.93 |
| 7 | Capital One Bank (USA), N.A. | 3,212.38 | 0.00 | 46.82 |
| 8 | Capital One Bank (USA), N.A. | 3,200.46 | 0.00 | 46.65 |
| 9 | Capital One Bank (USA), N.A. | 1,203.13 | 0.00 | 17.54 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | Capital One Bank (USA), N.A. | 520.23 | 0.00 | 7.58 |
| 11 | Capital One Bank (USA), N.A. | 1,934.33 | 0.00 | 28.20 |
| 12 | Discover Bank | 8,730.76 | 0.00 | 127.26 |
| 13 | Quantum3 Group LLC as agent for | 21,409.86 | 0.00 | 312.07 |
| 14 | Webbank-Fingerhut | 145.95 | 0.00 | 2.13 |
| 15 | Capital Recovery V, LLC | 2,489.32 | 0.00 | 36.28 |
| 16 | Capital Recovery V, LLC | 4,339.61 | 0.00 | 63.26 |
| 17 | GE Capital Retail Bank | 212.04 | 0.00 | 3.09 |
| 18 | GE Capital Retail Bank | 730.94 | 0.00 | 10.65 |

Total to be paid for timely general unsecured claims: $ 1,250.16
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-81863-TML
Glenn L Rowland                                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith          Page 1 of 2          Date Rcvd: Dec 22, 2015
                              Form ID: pdf006         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2015.
```
db          +Glenn L Rowland,    4390 Lehighton Downs Drive,    Rockford, IL 61101-6067
22179825    +Atlas Acquisitions LLC  (Citibank USA, N. A.),    294 Union St.,   Hackensack, NJ 07601-4303
22043538     BP Oil Credit Card Center,   P.O. Box 15298,    Wilmington, DE 19850-5298
22043540     Capital One,   P.O. Box 30285,    Salt Lake City, UT 84130-0285
22241499     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
22043542    +Centennial Receivables Ltd.,    c/o Attorney Kevin M. Kelly,    10 E. 22nd Street, Ste 216,
              Lombard, IL 60148-6108
22043543     Chase Credit Cards,   P. O. Box 15298,    Wilmington, DE 19850-5298
22043544    +Citgo Plus Card,    c/o Citibank CBNA,    P.O. Box 6401,    Sioux Falls, SD 57117-6401
22043545    +Citibank (South Dakota),    c/o Blatt, Hasenmiller et al,    211 Landmark Dr Suite C1,
              Normal, IL 61761-2160
22043546     Citibank CBNA /CPU,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
22043547     Comcast,    Attn: Sandy Windell,    4450 Kishwaukee Street,    Rockford, IL 61109-2944
22043548    +Devall Real Estate Financial Mngt.,    1255 Coprate Drive, Suite 300,    Irving, TX 75038-2585
22043550     Financial Freedom Reverse Mortgage,    A Division of Onewest Bank FSB,    P.O. Box 2972,
              Phoenix, AZ 85062-2972
22043552     First National Bank of Omaha,    P.O. Box 3412,   Omaha, NE 68103-0412
22209649    +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha Ne 68197-0003
22043553    +Hudson and Keyse LLC,    c/o Attorney Keith S. Shindler,    1040 S. Milwaukee Avenue,
              Wheeling, IL 60090-6373
22212869    +Joe and Caterina Bruscia,    Howard & Hardyman LLP,    Attorney William J Howard,
              124 N Water St Ste 100,    Rockford, IL 61107-3960
22043554    +Joseph & Caterina Bruscia,    7368 Bermuda Drive,    Rockford, IL 61108-4484
22043555     Phillips 66 Conoco 76,    P.O. Box 5402,   Sioux Falls, SD 57117-5402
22043556    +Rockford Health Systems,    Rockford Memorial Hospital,    2400 N. Rockton Avenue,
              Rockford, IL 61103-3681
22043559     USAA Savings Bank Credit Card,    P.O. Box 65020,    San Antonio, TX 78265-5020
22043558     Unifund CCR Partners,    c/o Blatt, Hasenmiller, et al,    211 Landmark Drive, Suite C1,
              Normal, IL 61761-2160
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22089987    +E-mail/Text: bnc@atlasacq.com Dec 23 2015 01:28:17      Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
22043539    +E-mail/Text: mmeyers@blittandgaines.com Dec 23 2015 01:32:24       CACV of Colorado LLC,
              c/o Blitt and Gaines, P.C.,   661 W. Glenn Avenue,    Wheeling, IL 60090-6017
22473866     E-mail/PDF: rmscedi@recoverycorp.com Dec 23 2015 01:42:40      Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22043541    +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2015 01:23:52       Care Credit,
              c/o GE Money Bank Bankruptcy Dept,   P.O. Box 103106,    Roswell, GA 30076-9106
22043549     E-mail/Text: mrdiscen@discover.com Dec 23 2015 01:28:12      Discover Card,   P.O. Box 30943,
              Salt Lake City, UT 84130
22184910     E-mail/Text: mrdiscen@discover.com Dec 23 2015 01:28:12      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
22043551    +E-mail/Text: fhbankruptcy@bluestembrands.com Dec 23 2015 01:32:10       Fingerhut,
              Attn: Bankruptcy Department,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
22515712     E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2015 01:23:36       GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
22212731     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 23 2015 01:42:54
              LVNV Funding, LLC its successors and assigns as,    assignee of American Express Bank, FSB,
              Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
22349396     E-mail/Text: bnc-quantum@quantum3group.com Dec 23 2015 01:29:04
              Quantum3 Group LLC as agent for,    Merriman Investments LLC,   PO Box 788,
              Kirkland, WA  98083-0788
22043557    +E-mail/Text: mmeyers@blittandgaines.com Dec 23 2015 01:32:24       Unifund CCR Partners,
              c/o Blitt and Gaines, P.C.,   661 Glenn Avenue,    Wheeling, IL 60090-6017
22043560    +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2015 01:23:36       Wal-Mart,
              c/o GE Capital Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
22446737    +E-mail/Text: fhbankruptcy@bluestembrands.com Dec 23 2015 01:32:10       Webbank-Fingerhut,
              6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
                                                                                               TOTAL: 13
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3           User: lorsmith              Page 2 of 2           Date Rcvd: Dec 22, 2015
                               Form ID: pdf006             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2015 at the address(es) listed below:
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Jeffry A. Dahlberg    on behalf of Debtor 1 Glenn L Rowland ljekberg@balsleylawoffice.com,
           LisaH@balsleylawoffice.com;chp13@balsleylawoffice.com
          Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Auctioneer Terry  Firch Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com,
           G28896@notify.cincompass.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
                                                                                          TOTAL: 6
```