# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: ROWLAND, GLENN L | § | Case No. 14-81863 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $148,715.00
*(without deducting any secured claims)*

Assets Exempt: $35,900.00

Total Distribution to Claimants: $1,250.16

Claims Discharged
Without Payment: $162,968.05

Total Expenses of Administration: $6,250.84

---

3) Total gross receipts of $ 7,501.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,501.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $140,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,600.84 | 6,250.84 | 6,250.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 99,375.65 | 85,766.46 | 85,766.46 | 1,250.16 |
| **TOTAL DISBURSEMENTS** | $239,375.65 | $93,367.30 | $92,017.30 | $7,501.00 |

4)  This case was originally filed under Chapter 7 on June 12, 2014. The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/10/2016              By:  /s/JOSEPH D. OLSEN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Watch cleaner, Engraving machine, 2 cash registe | 1129-000 | 7,501.00 |
| **TOTAL GROSS RECEIPTS** | | $7,501.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Devall Real Estate Financial Mngt. | 4110-000 | 140,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $140,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,500.10 | 1,500.10 | 1,500.10 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 279.95 | 279.95 | 279.95 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 500.00 | 500.00 | 500.00 |
| Joe and Caterina Bruscia | 2410-000 | N/A | 1,850.00 | 500.00 | 500.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Action Auctioneering | 3610-000 | N/A | 3,315.25 | 3,315.25 | 3,315.25 |
| Rabobank, N.A. | 2600-000 | N/A | 10.37 | 10.37 | 10.37 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.17 | 5.17 | 5.17 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,600.84 | $6,250.84 | $6,250.84 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Citibank USA, N. A.) | 7100-000 | 6,199.90 | 5,479.78 | 5,479.78 | 79.88 |
| 2 | Discover Bank | 7100-000 | 1,346.00 | 1,241.40 | 1,241.40 | 18.10 |
| 3 | First National Bank of Omaha | 7100-000 | N/A | 1,293.86 | 1,293.86 | 18.87 |
| 4 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 14,465.62 | 14,465.62 | 210.85 |
| 5 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 15,156.79 | 15,156.79 | 220.93 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 3,090.00 | 3,212.38 | 3,212.38 | 46.82 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,200.46 | 3,200.46 | 46.65 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | 1,061.00 | 1,203.13 | 1,203.13 | 17.54 |
| 10 | Capital One Bank (USA), N.A. | 7100-000 | 485.00 | 520.23 | 520.23 | 7.58 |
| 11 | Capital One Bank (USA), N.A. | 7100-000 | 1,865.00 | 1,934.33 | 1,934.33 | 28.20 |
| 12 | Discover Bank | 7100-000 | N/A | 8,730.76 | 8,730.76 | 127.26 |
| 13 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 21,409.86 | 21,409.86 | 312.07 |
| 14 | Webbank-Fingerhut | 7100-000 | N/A | 145.95 | 145.95 | 2.13 |
| 15 | Capital Recovery V, LLC | 7100-000 | 2,417.00 | 2,489.32 | 2,489.32 | 36.28 |
| 16 | Capital Recovery V, LLC | 7100-000 | 4,460.00 | 4,339.61 | 4,339.61 | 63.26 |
| 17 | GE Capital Retail Bank | 7100-000 | N/A | 212.04 | 212.04 | 3.09 |
| 18 | GE Capital Retail Bank | 7100-000 | N/A | 730.94 | 730.94 | 10.65 |
| NOTFILED | Citibank CBNA /CPU | 7100-000 | 515.00 | N/A | N/A | 0.00 |
| NOTFILED | Citgo Plus Card c/o Citibank CBNA | 7100-000 | 104.00 | N/A | N/A | 0.00 |
| NOTFILED | Centennial Receivables Ltd. c/o Attorney Kevin M. Kelly | 7100-000 | 12,135.08 | N/A | N/A | 0.00 |
| NOTFILED | Chase Credit Cards | 7100-000 | 129.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank of Omaha | 7100-000 | 613.00 | N/A | N/A | 0.00 |
| NOTFILED | Fingerhut | 7100-000 | 103.00 | N/A | N/A | 0.00 |
| NOTFILED | Unifund CCR Partners c/o Blatt, Hasenmiller, et al | 7100-000 | 3,214.48 | N/A | N/A | 0.00 |
| NOTFILED | Wal-Mart c/o GE Capital Bankruptcy Dept. | 7100-000 | 893.00 | N/A | N/A | 0.00 |
| NOTFILED | USAA Savings Bank Credit Card | 7100-000 | 148.00 | N/A | N/A | 0.00 |
| NOTFILED | Unifund CCR Partners c/o Blitt and Gaines, P.C. | 7100-000 | 17,343.51 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health Systems Rockford Memorial Hospital | 7100-000 | 3,160.02 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Hudson and Keyse LLC c/o Attorney Keith S. Shindler | 7100-000 | 17,171.88 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Phillips 66 Conoco 76 | 7100-000 | 341.00 | N/A | N/A | 0.00 |
| NOTFILED | Joseph & Caterina Bruscia | 7100-000 | 6,475.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,151.00 | N/A | N/A | 0.00 |
| NOTFILED | CACV of Colorado LLC c/o Blitt and Gaines, P.C. | 7100-000 | 13,204.78 | N/A | N/A | 0.00 |
| NOTFILED | BP Oil Credit Card Center | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $99,375.65 | $85,766.46 | $85,766.46 | $1,250.16 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 14-81863 | **Trustee:** | (330400)   JOSEPH D. OLSEN |
| **Case Name:** ROWLAND, GLENN L | **Filed (f) or Converted (c):** | 06/12/14 (f) |
| | **§341(a) Meeting Date:** | 07/10/14 |
| **Period Ending:** 03/10/16 | **Claims Bar Date:** | 10/17/14 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate located at: 4390 Lehighton Downs Dri | 140,000.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Bank/ checking | 800.00 | 0.00 | | 0.00 | FA |
| 3 | Rockford Bank Trust (Business)/ checking | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4 | Rockford Bank Trust (Personal)/ checking | 15.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing and personal items | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Personal Rings | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Multiple Accounts Receivable- doubtful collectio | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 1996 Buick Park Avenue | 900.00 | 0.00 | | 0.00 | FA |
| 10 | Watch cleaner, Engraving machine, 2 cash registe | 20,000.00 | 10,000.00 | | 7,501.00 | FA |
| **10** | **Assets   Totals** (Excluding unknown values) | **$168,715.00** | **$11,500.00** | | **$7,501.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      December 31, 2014          **Current Projected Date Of Final Report (TFR):**      December 21, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 14-81863 | |
| **Case Name:** | ROWLAND, GLENN L | |
| | | |
| **Taxpayer ID #:** | **-***8532 | |
| **Period Ending:** | 03/10/16 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******1066 - Checking Account |
| **Blanket Bond:** | $820,095.60  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/22/14 | {10} | Action Auctioneering | 8/16 auction proceeds | 1129-000 | 7,501.00 | | 7,501.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,491.00 |
| 09/15/14 | 101 | Action Auctioneering | Per Court Order of 9/15/14 | 3610-000 | | 3,315.25 | 4,175.75 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.37 | 4,165.38 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,155.38 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,145.38 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,135.38 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,125.38 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,115.38 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,105.38 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,095.38 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,085.38 |
| 06/09/15 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #14-81863, BOND #016018067 | 2300-000 | | 5.17 | 4,080.21 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,070.21 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,060.21 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,050.21 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,040.21 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,030.21 |
| 01/14/16 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $500.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 500.00 | 3,530.21 |
| 01/14/16 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $279.95, Trustee Expenses;  Reference: | 2200-000 | | 279.95 | 3,250.26 |
| 01/14/16 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,500.10, Trustee Compensation;  Reference: | 2100-000 | | 1,500.10 | 1,750.16 |
| 01/14/16 | 106 | Joe and Caterina Bruscia | Dividend paid 100.00% on $500.00, Admin. Rent (post-petition storage fees, leases, etc.); Reference: | 2410-000 | | 500.00 | 1,250.16 |
| 01/14/16 | 107 | Atlas Acquisitions LLC (Citibank USA, N. A.) | Dividend paid  1.45% on $5,479.78; Claim# 1; Filed: $5,479.78; Reference: | 7100-000 | | 79.88 | 1,170.28 |
| 01/14/16 | 108 | First National Bank of Omaha | Dividend paid  1.45% on $1,293.86; Claim# 3; Filed: $1,293.86; Reference: | 7100-000 | | 18.87 | 1,151.41 |
| 01/14/16 | 109 | Quantum3 Group LLC as agent for | Dividend paid  1.45% on $21,409.86; Claim# 13; Filed: $21,409.86; Reference: | 7100-000 | | 312.07 | 839.34 |
| 01/14/16 | 110 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 2.13 | 837.21 |
| 01/14/16 | 111 | Capital One Bank (USA), N.A. | Combined Check for Claims#7,8,9,10,11 | | | 146.79 | 690.42 |
| | | | Dividend paid  1.45% on          46.82 | 7100-000 | | | 690.42 |
| | | | Subtotals : | | $7,501.00 | $6,810.58 | |

{} Asset reference(s)

Printed: 03/10/2016 08:00 AM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 14-81863 | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** ROWLAND, GLENN L | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******1066 - Checking Account |
| **Taxpayer ID #:** **-***8532 | **Blanket Bond:** | $820,095.60 (per case limit) |
| **Period Ending:** 03/10/16 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $3,212.38; Claim# 7;<br>Filed: $3,212.38 | | | | |
| | | | Dividend paid 1.45% on 46.65<br>$3,200.46; Claim# 8;<br>Filed: $3,200.46 | 7100-000 | | | 690.42 |
| | | | Dividend paid 1.45% on 17.54<br>$1,203.13; Claim# 9;<br>Filed: $1,203.13 | 7100-000 | | | 690.42 |
| | | | Dividend paid 1.45% on 7.58<br>$520.23; Claim# 10;<br>Filed: $520.23 | 7100-000 | | | 690.42 |
| | | | Dividend paid 1.45% on 28.20<br>$1,934.33; Claim# 11;<br>Filed: $1,934.33 | 7100-000 | | | 690.42 |
| 01/14/16 | 112 | Capital Recovery V, LLC | Combined Check for Claims#15,16 | | | 99.54 | 590.88 |
| | | | Dividend paid 1.45% on 36.28<br>$2,489.32; Claim# 15;<br>Filed: $2,489.32 | 7100-000 | | | 590.88 |
| | | | Dividend paid 1.45% on 63.26<br>$4,339.61; Claim# 16;<br>Filed: $4,339.61 | 7100-000 | | | 590.88 |
| 01/14/16 | 113 | Discover Bank | Combined Check for Claims#2,12 | | | 145.36 | 445.52 |
| | | | Dividend paid 1.45% on 18.10<br>$1,241.40; Claim# 2;<br>Filed: $1,241.40 | 7100-000 | | | 445.52 |
| | | | Dividend paid 1.45% on 127.26<br>$8,730.76; Claim# 12;<br>Filed: $8,730.76 | 7100-000 | | | 445.52 |
| 01/14/16 | 114 | GE Capital Retail Bank | Combined Check for Claims#17,18 | | | 13.74 | 431.78 |
| | | | Dividend paid 1.45% on 3.09<br>$212.04; Claim# 17;<br>Filed: $212.04 | 7100-000 | | | 431.78 |
| | | | Dividend paid 1.45% on 10.65<br>$730.94; Claim# 18;<br>Filed: $730.94 | 7100-000 | | | 431.78 |
| 01/14/16 | 115 | LVNV Funding, LLC its successors<br>and assigns as | Combined Check for Claims#4,5 | | | 431.78 | 0.00 |
| | | | Dividend paid 1.45% on 210.85<br>$14,465.62; Claim# 4; | 7100-000 | | | 0.00 |

| | | |
|---|---|---|
| Subtotals : | $0.00 | $690.42 |

{} Asset reference(s)                                       Printed: 03/10/2016 08:00 AM    V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 14-81863 | Trustee: JOSEPH D. OLSEN (330400) |
| Case Name: ROWLAND, GLENN L | Bank Name: Rabobank, N.A. |
| | Account: ******1066 - Checking Account |
| Taxpayer ID #: **-***8532 | Blanket Bond: $820,095.60  (per case limit) |
| Period Ending: 03/10/16 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $14,465.62 | | | | |
| | | | Dividend paid   1.45% on           220.93 $15,156.79;  Claim# 5; Filed: $15,156.79 | 7100-000 | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 7,501.00 | 7,501.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 7,501.00 | 7,501.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $7,501.00 | $7,501.00 | |

| | |
|---|---|
| Net Receipts : | 7,501.00 |
| Net Estate : | $7,501.00 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******1066 | 7,501.00 | 7,501.00 | 0.00 |
| | $7,501.00 | $7,501.00 | $0.00 |

{} Asset reference(s)